Dismissed and Memorandum Opinion filed January 29, 2009








Dismissed
and Memorandum Opinion filed January 29, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00898-CV

____________

 

SAMUEL O. AGUOCHA, Appellant

 

V.

 

STABLE GATE, ET AL., Appellees

 



 

On Appeal from the
County Civil Court at Law No. 3

Harris County,
Texas

Trial Court Cause
No. 913578

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed August 27, 2008.  On January 13, 2009,
appellant filed an agreed  motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Anderson and Seymore.